135 F.3d 765
 Paul P., by Laura L., his Legal Guardian, Quincy Q., Ronald
R., Steven S., by Sally S., his Legal Guardian,
Representatives of Class Pursuant of
Fed. R. Civ. P. 23(a), 23(b)(2)
v.
Peter Verniero, Attorney General of New Jersey, Jeffrey S.
Blitz, Atlantic County Prosecutor, William Schmidt, Bergen
County Prosecutor, Stephen G. Raymond, Burlington County
Prosecutor, Lee A. Solomon, Acting Camden County Prosecutor,
Stephen D. Moore, Cape May County Prosecutor, Arthur Marchand,
 NOS. 97-5418, 97-5544
 United States Court of Appeals,
Third Circuit.
 Dec 10, 1997
 Appeal From: D.N.J. ,No.9702929
 
 1
 Affirmed.